UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                    DATE: December 6, 1999

**CIVIL NO. 96-2052 (DRD)**

Courtroom Deputy:   Janet **GONZALEZ**

=========================================================
EDGARDO MILLET                          Attorneys: Maricarmen ALMODOVAR

vs.

ACCA, et al.
                                        Hilda RODRIGUEZ
                                        Roberto RUIZ COMAS
                                        Jaime MORALES
=========================================================

A FURTHER STATUS CONFERENCE is held. The parties apprize the Court as to the status of discovery and the problems they have encountered with the deposition schedule, locating some of the witnesses and with the production of documents.

After taking into consideration statements by counsel, rulings are issued as follows:

1. All depositions to be performed on or before **January 31, 2000.**

2. Counsel for Dr. González Ruíz is granted twenty (20) days to answer interrogatories and for production of documents.

3. If the parties do not agree on the evaluation of plaintiff's wife by defendant's expert, defendant is granted five (5) days to submit his request in writing.

4. Although plaintiff has issued a subpoena to ACAA. for one of their employees, ACAA. must produce only the supervisor. Plaintiff announces he will issue a subpoena as to Blanca Cruz.

5. Motions pending:

**MINUTES CIVIL NO. 96-2052 (DRD)**                                                                 **PAGE 2**

Dkt. Nos. 38, 39, 42 and 43 are granted/moot.

<u>Dkt. No. 40</u>: Request of sanctions in a matter of default is denied because counsel has produced a reason for not being able to communicate with client. The Court however compels the answer by January 15, 2000. No further extensions will be granted. Should no answer be produced co-defendant González is hereby forewarned of the severest of sanctions. He is further forewarned that he must make himself available prior to February 28, 2000 for the deposition in Puerto Rico. The forewarning as to the severest of sanctions is equally applicable to both parties.

The <u>only</u> motion pending as of today is <u>Dkt. No. 36</u>: ACAA's Motion to Dismiss for lack of jurisdiction. Defendant is authorized to respond to plaintiff's opposition.

Cut-off date for filing Dispositive motions is <u>January 31, 2000.</u> Oppositions ten (10) days thereafter.

Pretrial Conference is et for **March 10, 2000 at 5:00 P.M.**

Jury Trial is set for **March 15, 2000 at 9:00 A.M.**

_____
COURTROOM DEPUTY

s/c: Counsel of record
     Jury Clerk