# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'00 FEB 24  AM 8 20

CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

EDGARDO MILLET SANCHEZ,

v.

A.C.A.A., et al.

CASE NUMBER: 96-2052C (JRD)

## ORDER

The parties submitted a Joint Motion For Continuance Of Pretrial Conference and Trial, (Docket No. 52), wherein a hearing was requested.  Therefore, the Court will hold a Status Conference to discuss the aforementioned motion on **March 1, 2000 at 1:30 p.m.**

IT IS SO ORDERED.

Date: February 22, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

P \PEACHORD ERS\96-2052 MTN

| Rec'd: | EOD: |
|---|---|
| By: ho | # 53 |