UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                              DATE: March 1, 2000

**CIVIL NO. 96-2052 (DRD)**

Courtroom Deputy: Janet **GONZALEZ**

======================================================================

EDGARDO MILLET                        Attorneys:   Maricarmen ALMODOVAR

vs.

ACCA, et al.                                       Hilda RODRIGUEZ
                                                   Jaime MORALES
                                                   Roberto RUIZ COMAS

======================================================================

FURTHER STATUS CONFERENCE is held in chambers. The parties have filed on February 16, 2000 a joint motion requesting a continuance of the Pretrial and Trial dates because they have still not completed discovery (Dkt. No. 52).

After apprizing the Court of the discovery matters pending, the following schedule was set by the Court:

**Depositions**

1. Edgardo Millet----------------------------March 8, 2000
2. Dr. Angel Santiago Ponce and his wife----March 9, 2000
3. Lydia Manon Alvarez----------------------March 10, 2000
4. Leopoldo Mercado Santini-----------------March 31, 2000
5. Mr. Cruz in Orlando, Florida-------------April 7, 2000
6. Plaintiff's wife-------------------------April 11, 2000
7. Treating Physician-----------------------April 13, 2000

**This deposition schedule will not be altered unless by order of the Court.** The ACAA witnesses will be deposed during the months of March and April.

**Dispositive Motions**: Cut-off date is <u>April 30, 2000</u>, counsel are instructed to adhere to the Court's Standing Order including dispositive motions by plaintiffs.

The parties are each granted **twenty (20) days** to submit a form of order as to the

**MINUTES CIVIL NO. __-2052 (DRD)**                                              **PAGE 2**

Motions to Dismiss pending before the Court.

**The Pretrial Conference is re-set for June 28, 2000 at 1:30 P.M.** The Court forewarns counsel that trial will most probable be held prior to August 28, 2000.

_____
COURTROOM DEPUTY

s/c: Counsel of record