IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| EDGARDO MILLET SANCHEZ | * | |
| Plaintiffs | * | CIVIL NO:96-2052 (DRD) |
| vs. | * | JURY TRIAL DEMANDED |
| A.C.A.A., ET AL | * | |
| Defendants | * | |

------------------------------------------------------

## ORDER

This Court has received a request by defendant Dr. Luis A. González to examine plaintiff's

Edgardo Millet Sanchez medical and administrative records at the Social Security Administration.

Upon careful consideration of the same this Court grants codefendant's request and orders the Social

Security Administration to allow attorney Roberto Ruiz Comas and/or any authorized agent and/or

representative of his law firm to obtain a certified copy of all files pertaining to Mr. Edgardo Millet

Sanchez {Claim # 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A/DI}

In San Juan, Puerto Rico this 28 day of March 2000

DANIEL R DOMINGUEZ
UNITED STATES DISTRICT JUDGE