UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                          DATE: June 28, 2000

**CIVIL NO. 96-2052 (DRD)**

Courtroom Deputy:  Janet GONZALEZ

===============================================================

EDGARDO MILLET                          Attorneys:  Maricarmen ALMODOVAR

vs.

ACCA, et al.                                        Hilda RODRIGUEZ
                                                    Jaime MORALES
                                                    Roberto RUIZ COMAS

===============================================================

Due to the various motions (including dispositive motions) pending in this case, the Pretrial Conference scheduled for today is converted into a Status Conference.  Motions were discussed and rulings were issued:

Counsel are instructed to take the deposition of Dr. Vázquez Sotomayor on or before **July 13, 2000.**

Co-defendant González Alonso is granted a final extension until **August 3, 2000** to file dispositive motions, an opposition to the Amended Complaint, and any other filing he may deem pertinent.  (Dkt. Nos. 65 and 61)

The Court orders that regarding the deposition of Dr. Ramón Fortuño's, defendants' psychiatrist, he be guaranteed at least three hours ($450.00) and that he be paid $150.00 for each additional hour.  (Dkt. No. 73)

Plaintiff requests co-defendant ACCA to certify information received regarding the payments received from the doctors for their services from this agency. Defendant ACCA questions the relevance/importance of the information requested.  After taking into

MINUTES CIVIL NO. 96-2052 (DRD)                                                          PAGE 2

consideration the position of the parties, the Court orders counsel to make further efforts to locate the "Informativa" filing made by the State Insurance to the Treasury Department as to the doctors' earnings as back in years as possible.

The Court advises counsel that pending motions will be disposed of by September 2000 and that there exists the possibility of referring this case to recently appointed federal Judge García Gregory.

---
COURTROOM DEPUTY

s/c: Counsel of record