UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: SEPTEMBER 6, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**                **CASE NO. CIVIL 96-2052**

========================================================================

EDGARDO MILLET SANCHEZ                Attorneys:
                                      For Plaintiffs:

         VS
                                      For Defendant:
ACAA

========================================================================

By Order of the Court the above-mentioned case is hereby scheduled for a status conference on **WEDNESDAY, OCTOBER 4, 2000 at 3:30 PM.**

Parties to be notified.

                                      _____
                                      LILY ALICEA
                                      COURTROOM DEPUTY