UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MILLET-SANCHEZ

    Plaintiff(s)

        v.                  CIVIL NUMBER: 96-2052 (JAG)

ACAA

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date:** 06/06/00<br>**Title:** Motion to Extend Time to File Dispositive Motions<br>**Docket:** 77<br>[ ] **Plffs**  [x] **Dfts**  [ ] **Other** | The parties shall inform the Court, by October 4, 2000 (on or before the status conference scheduled for 3:30 p.m.), the intended date for Dr. Vázquez Sotomayor's deposition and the proposed deadline for filing plaintiff González Alonso's dispositive motions, if any. |

Date: 10/03/00

JAY A. GARCIA-GREGORY
U.S. District Judge