## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MILLET-SANCHEZ

    **Plaintiff(s)**

      **v.**                           **CIVIL NUMBER:** 96-2052 (JAG)

ACAA

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 03/14/00 <br> **Title:** Motion for Leave to File Amended Complaint <br> **Docket:** 56 <br> [x] **Plffs**   [ ] **Dfts**   [ ] **Other** | **DENIED** without prejudice. Plaintiff may resubmit Amended Complaint depending on the outcome of the potentially dispositive motions before the Court. |

| MOTION | ORDER |
|---|---|
| **Date:** 03/30/00 <br> **Title:** Motion Requesting to Deny ACAA's Motion to Dismiss for Failure to Announce its Witnesses. <br> **Docket:** 63 <br> [x] **Plffs**   [ ] **Dfts**   [ ] **Other** | **DENIED.** |

**Date:** 10/02/00

**JAY A. GARCIA-GREGORY**
**U.S. District Judge**

s/c ( 5 )
OCT - 4 2000