UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MILLET-SANCHEZ

**Plaintiff(s)**

v.  CIVIL NUMBER: 96-2052 (JAG)

ACAA

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion to Extend Time for 10 Days from the filing of Motion to Examine, etc. (by dft, 03/24/00); Motion to Extend Time Until 4/14/00 to Oppose Plaintiff's Request to Amend the Complaint (by dft, 03/29/00); Motion to Extend Time Until 4/14/00 to File a Motion Supporting the Proposed Order of Plaintiff (by dft, 03/29/00); Motion to Extend Time for 30 Days After the Deposition of Dr. Vazquez Sotomayor to File Dispositive Motions, etc. (by dft, 04/14/00); Motion to Extend Time Until 5/4/00 to Conclude, etc. (by plff, 04/28/00); Motion to Extend a Short Time to File, etc. (by plff, 05/25/00)<br>**Dockets:** 59, 61, 62, 65, 66, 72<br>[ ] **Plffs**    [ ] **Dfts**    [ ] **Other** | MOOT. |

Date: 10/02/00

JAY A. GARCIA-GREGORY
U.S. District Judge