UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MILLET-SANCHEZ

Plaintiff(s)

v.  CIVIL NUMBER: 96-2052 (JAG)

ACAA

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Title:** Motion to Extend Time for 30 Days to File Translation of Exhibits of Motion for Summary Judgment (by dft, 05/08/00); Motion to Accept Spanish Language Documents Under R. 108 (by Plff, 06/01/00)<br>**Docket:** 71, 75<br>[ ] Plffs  [ ] Dfts  [ ] Other | To the extent that it has not been done already, the Court grants a period of 60 days from the date of this order to file certified translations. |

| MOTION | ORDER |
|---|---|
| **Date:** 06/06/00<br>**Title:** Motion for Leave to File Reply to Opposition to Motion for Summary Judgment<br>**Docket:** 76<br>[ ] Plffs  [x] Dfts  [ ] Other | **GRANTED.** |

Date: 10/02/00

JAY A. GARCIA-GREGORY
U.S. District Judge