UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: OCTOBER 3, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**  **CASE NO. CIVIL 96-2052 (JAG)**

===============================================================

EDGARDO MILLET  Attorneys:
  For Plaintiffs: MARICARMEN ALMODOVAR

VS

ACAA  For Defendant:
  ROBERTO RUIZ COMAS
  HILDA RODRIGUEZ FORTEZA
  JAIME MORALES

===============================================================

Case called for status conference. Parties theory heard. There is pending the last part of the deposition of Dr. Vazquez Sotomayor. The same is scheduled to be finished by November 21, 2000. By that time defendant expects to have the records of the Social Security and deliver them to plaintiff.

Attorneys for defendants request time to file motions for summary judgment. Court grants them until December 21, 2000 to file them and plaintiff until January 22, 2001 to reply and ten days thereafter are granted if there is any need to respond.

Then Court will take matter under advisement.

Minutes to be notified to the parties.

_____
LILY ALICEA
COURTROOM DEPUTY