UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

Plaintiff(s)

v.   CIVIL NUMBER: 96-2052 (JAG)

ACAA, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date:** 10/30/00<br>**Title:** Plaintiff's Informative Motion<br>**Docket:** 88<br>[x] **Plffs**   [ ] **Dfts**   [ ] **Other** | The Court notes that the settlement demand made by the plaintiff is wholly devoid of any analysis that justifies the amounts it claims. Accordingly, defendants cannot properly evaluate the merits of the settlement demand. Plaintiff shall submit a new settlement demand by November 30, 2000. The new settlement demand shall contain a precise and particularized itemization of the damages claimed. |

| MOTION | ORDER |
|---|---|
| **Date:** 10/30/00<br>**Title:** Plaintiff's Request for Clarification and Modification of Scheduling Order<br>**Docket:** 89<br>[x] **Plffs**   [ ] **Dfts**   [ ] **Other** | **DENIED.** |

Date: November 2, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge