UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    Plaintiff(s)

v.                        CIVIL NUMBER: 96-2052 (JAG)

ACAA, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date:** 12/27/00<br>**Title:** Informative Motion and Request Under Local Rule 108.1<br>**Docket:**<br>[ ] Plffs  [x] Dfts  [ ] Other | The Court grants codefendants Dr. Luis A. Gonzalez Alonso and the conjugal partnership a period of 60 days from the date of this order to file certified translations. |

Date: January 8, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


