# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    **Plaintiff(s)**

        **v.**              **CIVIL NUMBER:** 96-2052 (JAG)

ACAA, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 12/22/00 <br> **Title:** Request for Leave of Court to File Reply to Opposition to Motion for Summary Judgment After Deadline <br> **Docket:** 96 <br> [ ] **Plffs**  [x ] **Dfts**  [ ] **Other** | **GRANTED.** |

**Date:**  January 8, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge