UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'01 JAN 17 PM 1:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

EDGARDO MILLET-SANCHEZ

**Plaintiff(s)**

v.                                              CIVIL NUMBER: 96-2052 (JAG)

ACAA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 01/04/01<br>**Title:** Motion of Resignation as Attorneys<br>**Docket:**<br>[ ] Plffs   [x] Dfts   [ ] Other | **GRANTED**, subject to filing an entry of appearance for defendant ACAA's successor counsel within thirty (30) days from the date of this order. |

**Date:** January 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

M
(4) M. TRIAS
1/17/01

