UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

   Plaintiff(s)

   v.                           CIVIL NUMBER: 96-2052 (JAG)

ACAA, ET AL

   Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/19/01<br>**Title:** Plaintiff's Request for Extension of Time<br>**Docket:** 103<br>[x] **Plffs**  [ ] **Dfts**  [ ] Other | **GRANTED.** |

**Date:** January 26, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge