# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    **Plaintiff(s)**

        **v.**                              **CIVIL NUMBER:** 96-2052 (JAG)

ACAA, ET AL

    **Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/29/01 | |
| **Title:** Motion Notifying Change of Address | **GRANTED** as requested. |
| **Docket:** 105 | |
| [ ] **Plffs**   [ x ] **Dfts**   [ ] **Other** | |

---

**Date:** February 15, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



107