UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    Plaintiff(s)

    v.                        CIVIL NUMBER: 96-2052 (JAG)

ACAA, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/13/01<br>**Title:** Plaintiff's Request for Short Extension of Time<br>**Docket:** 106<br>[x] **Plffs**  [ ] **Dfts**  [ ] **Other** | **GRANTED** as requested. |

Date: February 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to (6)
attys/pts
in ICMS

FEB 2 8 2001