UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    Plaintiff(s)

    v.                        CIVIL NUMBER: 96-2052 (JAG)

ACAA, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/21/01<br>**Title:** Motion for Leave to Appear as Counsel for ACAA<br>**Docket:** 108<br>[ ] Plffs  [ x ] Dfts  [ ] Other | **GRANTED.** The Court grants attorney Edwin A. Hernandez-Rodriguez's request to appear as legal counsel for co-defendant Administración de Compensaciones por Accidentes de Automóviles (ACAA). |

**Date:** March 15, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


