UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    Plaintiff(s)

    v.      CIVIL NUMBER: 96-2052 (JAG)

ACAA, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/07/01<br>**Title**: Motion Requesting Extension of Time to File Reply to Plaintiff's Opposition to Summary Judgment<br>**Docket:** 115<br>[ ] **Plffs**   [ x ] **Dfts**   [ ] **Other** | **GRANTED.** The Court grants the defendant Dr. Luis González Alonso a period of twenty (20) days to commence on the date in which the trial in the case of Luis Mendoza v. Doctor's Center, et al v. Dr. Luis Gandía Mántaras, Civil No. 99-2027 (JAF) ends, to file their motion in reply to plaintiff's opposition to summary judgment. |

Date: April 12, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

