UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    Plaintiff(s)

    v.          CIVIL NUMBER: 96-2052 (JAG)

ACAA, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/15/01<br>**Title:** Appearance and Motion for Brief Enlargement of Time to Respond to Pending Motions<br>**Docket:** 116<br>[ ] **Plffs**  [x] **Dfts**  [ ] **Other** | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/23/01<br>**Title:** Motion for Leave to File Reply<br>**Docket:** 119<br>[ ] **Plffs**  [x] **Dfts**  [ ] **Other** | **GRANTED.** |

**Date:** April 18, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge