# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    Plaintiff(s)

    v.                                                CIVIL NUMBER: 96-2052 (JAG)

ACAA, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 012/21/01<br>**Title:** Instanter<br>**Docket:** 95<br>[ ] Plffs  [ x ] Dfts  [ ] Other | MOOT. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/09/01<br>**Title:** Plaintiff's Informative Motion<br>**Docket:** 114<br>[ x ] Plffs  [ ] Dfts  [ ] Other | GRANTED. |

Date: April 18, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


