UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    Plaintiff(s)

    v.                              CIVIL NUMBER: 96-2052 (JAG)

ACAA, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/08/00<br>**Title:** Plaintiff's Request for Order<br>**Docket:** 81<br>[x] **Plffs**   [ ] **Dfts**   [ ] **Other** | **GRANTED.** The Court deems the tendered Amended Complaint as filed. |

Date: May 22, 2001            JAY A. GARCIA-GREGORY
                                              U.S. District Judge