UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    Plaintiff(s)

        v.                    CIVIL NUMBER: 96-2052 (JAG)

ACAA, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 09/08/00<br>Title: Plaintiff's Request for Order<br>Docket: 82<br>[x] Plffs   [ ] Dfts   [ ] Other | **GRANTED.** The Court orders the Social Security Administration to provide Edgardo Millet Sánchez a copy of his record with the Social Security Administration. |

Date: May 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

