IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

   Plaintiff(s)

        v.                                    CIVIL NO.   96-2052 (JAG)

ACAA, ET AL

   Defendant(s)

---

### ORDER

All dispositive motions in this case are referred to Magistrate-Judge Gustavo Gelpí, Jr. for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge