# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    **Plaintiff(s)**

    v.                 **CIVIL NUMBER: 96-2052 (JAG)**

ACAA, ET AL

    **Defendant(s)**

## ORDER

On December 13, 2001, Magistrate-Judge Gustavo Gelpi issued a Report and Recommendation denying various motions to dismiss. (Docket No. 135). No objections have been filed within the requisite 10-day period. Accordingly, the Court hereby adopts Magistrate-Judge Gelpi's Report and Recommendation.

Date: January 9, 2002

                                    JAY A. GARCIA-GREGORY
                                    U.S. District Judge

