IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET SANCHEZ

    **Plaintiff**

    v.                                 CIVIL NO. 96-2052 (JAG)

ACCA, et al.

    **Defendants**

---

### ORDER

The Court reschedules the Pre-Trial Conference to **August 1, 2002 at 11:00 a.m.** The parties shall file a Proposed pre-Trial Order, Jury Instructions, Proposed *Voir Dire*, and any *in limine* motions by **July 29, 2002**. Jury selection is set before Magistrate-Judge Gustavo A. Gelpí for **August 2, 2002** at **9:00 a.m.**

The Court denies ACCA's motion requesting a continuance of the Trial date. It has known about the Trial date since May 16, 2002, the date in which the Court issued its Trial Scheduling Order. (Docket No. 142.) Should it become necessary to revisit the issue at the Pre-Trial and Settlement Conference, the Court will do so at that time.

The Court will rule on the pending objections to the Magistrate Judge's Report and Recommendation shortly.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 8th day of July, 2002.

                                                  JAY A. GARCIA GREGORY
                                                  United States District Judge