UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    **Plaintiff**

    v.                               CIVIL NO.   96-2052 (JAG)

ACCA, et al.

    **Defendants**

### ORDER

The Court hereby reschedules the Pre-Trial Conference date to **September 9, 2002 at 4:00 p.m.** The Court reschedules the Trial date to **September 16, 2002 at 9:30 a.m.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 31st day of July, 2002.

                                              JAY A. GARCIA GREGORY
                                              United States District Judge

