IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET SANCHEZ

    Plaintiff

    v.                                 CIVIL NO. 96-2052 (JAG)

A.C.A.A.., et al

    Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: 07/24/02<br>Title: Motion Requesting Leave to File documents in Spanish Language<br>Docket(s): 148<br><br>☐ Plaintiff(s)    ☐ Third-Party<br>X Defendant(s)    ☐ Other | **GRANTED.** |

Date: July 31, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


