# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    Plaintiff(s)

    v.                              CIVIL NUMBER: 96-2052 (JAG)

ACAA, ET AL

    Defendant(s)

RECEIVED AND FILED 2002 AUG -5 AM 11:38 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/30/02<br>**Title:** Plaintiff's Request for Oral Argument<br>**Docket(s):** 155 | Defendants shall respond by August 9, 2002. |
| X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/30/02<br>**Title:** Plaintiff's Request for Extension of Time<br>**Docket(s):** 154 | **GRANTED.** |
| X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | |

Date: August 2, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge