CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO 02 SEP -6 AM 9:49

RECEIVED AND FILED

EDGARDO MILLET SANCHEZ

    **Plaintiff**

    v.                            CIVIL NO. 96-2052 (JAG)

ACCA, et al.

    **Defendants**

---

### ORDER

The Court hereby stays all proceedings pending ruling on the Magistrate Judge's report and recommendation.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 4th day of September, 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge