UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET SANCHEZ

    Plaintiff(s)

    v.                                CIVIL NO.   96-2052 (JAG)

A.C.A.A., et al

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/20/02<br>**Title:** Motion Requesting that ACAA's Motion for Summary Judgment be Considered without Opposition<br>**Docket(s):** 172 | **DENIED.** |

☐ Plaintiffs    ☐ Third Party
X Defendant(s)    ☐ Other

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/20/02<br>**Title:** Motion Notifying Change of Address<br>**Docket(s):** 173 | **NOTED.** |

☐ Plaintiffs    ☐ Third Party
X Defendant(s)    ☐ Other

Date: September 26, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge