UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

**Plaintiff(s)**

v.                                    CIVIL NO.  96-2052 (JAG)

ACAA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 12/05/02<br>Title: Motion to Withdraw as Legal Representation<br>Docket(s): 175 | **GRANTED.** |

☐ Plaintiffs          ☐ Third Party
X Defendant(s)     ☐ Other

Date:  December 13, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


