IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    **Plaintiff,**

v.

ACAA, <u>et al.</u>

    **Defendant**

CIVIL NO. 96-2052(JAG)

### ORDER

The Court hereby rules on various pending motions as follows:

Docket Nos. 36, 37, 46, and 93, which appear as pending, were resolved on January 9, 2002 (Docket No. 137), when the Court adopted Magistrate-Judge Gelpi's report and recommendation.

Docket Nos. 67, 94, 141 and 147 were expressly ruled upon in the Court's Opinion and Order dated today, February 18, 2003.

Docket Nos. 143, 146, 151, 152, 155, 162, and 177 are moot.

Docket No. 150 is granted.

Docket No. 167 is denied without prejudice. Plaintiff may resubmit this request on the date of the Pre-Trial Conference.

Docket No. 168 is denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of February, 2003.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge