# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET SANCHEZ

    Plaintiff(s)

    v.                         CIVIL NO. 96-2052 (JAG)

A.C.A.A., et al

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/10/2003<br>**Title:** Motion in Request for Referral to Mediation<br>**Docket(s):** 181<br><br>X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | **GRANTED.** This matter shall be referred to mediation before the Honorable Robert J. Ward, Senior District Judge sitting by designation who shall conduct mediation proceedings from April 28 to May 16, 2003 when he sits in Puerto Rico. The Clerk shall notify Judge Ward about this case and this order so he can conveniently schedule the appropriate proceedings. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/10/2003<br>**Title:** Motion for Reconsideration<br>**Docket(s):** 182<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | The motion for reconsideration is **denied.** |

Date: March 18, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge