IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    Plaintiff,                CIVIL NO. 96-2052(JAG)

    v.

ACAA, et al.

    Defendant

| MOTION | ORDER |
|---|---|
| **Date Filed:** 3/26/2003<br>**Title:** Motion for Continuance<br>**Docket(s):** 185 | DENIED. |
| ☐ Plaintiffs   ☐ Third Party<br>X Defendant(s)  ☐ Other | |

Date: March 31, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge

