IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    Plaintiff,

v.

ACAA, et al.

    Defendant

CIVIL NO. 96-2052(JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 3/31/2003<br>**Title:** Motion to Cease Notifying Orders and/or Motions to the Appearing Codefendant<br>**Docket(s):** 186 | GRANTED.<br><br>The Clerk and parties will take notice and cease notifying orders and/or motions to codefendant Dr. Luis Gonzalez Alonso and his conyugal partnership. |
| ☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | |

Date: April 3, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge