UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING   :**               DATE: APRIL 25, 2003

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**            **CASE NO. CIV. 96-2052 (JAG)**

==================================================================
EDGARDO MILLET

      VS

A. C. A. A.

---

By Order of the Court the above-mentioned case is hereby set for settlement conference on **Thursday, May 1, 2003 at 1:30 PM before visiting Judge Robert J. Ward.**

Parties to be notified.

                                                         *Lily Alicea*
                                          Lily Alicea-Courtroom Deputy



