IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

        Plaintiff,                          CIVIL NO. 96-2052(JAG)


        v.


ACAA, <u>et al.</u>

        Defendant

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/16/2003<br>**Title:** Motion for a Two Day Extension of Time to File Pre-Trial Order<br>**Docket(s):** 189 | **GRANTED** until April 30, 2003. |

X Plaintiffs          □ Third Party
□ Defendant(s)     □ Other

Date:  April 23, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge

