IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    **Plaintiff,**

v.

ACAA, <u>et al.</u>

    **Defendant**

CIVIL NO. 96-2052(JAG)

## ORDER

This case is referred to the Hon. Judge D. Brock Hornby, United States District Court Judge for the District Court of Maine, for jury trial.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30th day of April, 2003.

                    JAY A. GARCIA-GREGORY
                    U.S. District Judge