IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET-SANCHEZ

    **Plaintiff,**

    v.                            CIVIL NO. 96-2052(JAG)

ACAA, et al.

    **Defendant**

### ORDER

Upon request by counsel and for the purpose of continuing settlement negotiations, the motions deadline set for May 5 is hereby extended until May 12, 2003. All other deadlines shall remain the same.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1st day of May, 2003.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge