UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**Minutes of Proceedings**

**HONORABLE ROBERT J. WARD**            DATE: May 6, 2003

**Law Clerk: Jennifer Keiser**            Civ. No. 96-2052 (JAG)

---

Parties                                   Attorneys

Edgardo Millet-Sanchez,                   Maricarmen Almodovar-Diaz
    Plaintiff,

v.

A.C.A.A., et al.,                         Jesus R. Rabell-Mendez
    Defendants.                       Juan L. Duquela

---

Mediation commenced on May 1, and continued on May 6, 2003. Settled. Stipulation of dismissal to be filed on or before June 6, 2003.

Jennifer Keiser
Law Clerk


