IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET
    **Plaintiff(s)**

      **v.**                                    CIVIL NO. 96-2052

A.C.A.A.
    **Defendant(s)**

---

### JUDGMENT

Judgment is hereby entered dismissing the present action with prejudice pursuant to the parties' joint stipulation for dismissal and to this Court's order of June 11, 2003 (Docket #198).

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th of June, 2003.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge