UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO MILLET
    Plaintiff(s)

v.                              CIVIL NO. 96-2052

A.C.A.A.
    Defendant(s)

| MOTION | ORDER |
|---|---|

**Date Filed:** 06/05/03
**Title:** Joint Motion Submitting Stipulation of Dismissal   **GRANTED.**
**Docket(s):** 197

☐ Plaintiffs    ☐ Third Party
☐ Defendant(s)   X Other

Date: June 11, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge